# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 5D23-2582
LT Case No. 2013-CF-11486-A

————————————————

DENNIS LONG,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

————————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Dennis Long, Lake Butler, pro se.

Ashley Moody, Attorney General Tallahassee, and Kristie Regan Assistant Attorney General, Tallahassee, for Respondent.

October 20, 2023

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the May 4, 2023, postconviction "Order Granting Defendant's Motion for Rehearing and Again Denying Motion for Postconviction Relief", rendered in Case No. 2013-CF-11486-A in the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EISNAUGLE, KILBANE, and PRATT, JJ., concur.

———————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————